DUCKER, Appellant, v. DEL GENOVESE, Respondent. (Supreme Court, Appellate Division, Second Department. June 10, 1904.) Action by Marie E. Ducker against Alfredo Del Genovese. No opinion. Motion for leave to appeal to the Court of Appeals denied.

DUNN, Respondent, v. NATIONAL EXHIBITION CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 3, 1904.) Action by Charles W. Dunn against the National Exhibition Company. No opinion. Order. affirmed, with $10 costs and disbursements.

EUSTACE v. NEW YORK BLDG. LOAN BANKING CO. (Supreme Court, Appellate Division, First Department. June 17, 1904.) Action by J. P. Eustace against the New York Building Loan Banking Company. No opinion. Motion denied.

EVERDELL, Appellant, v. HILL et al., Respondents. (Supreme Court, Appellate Division, First Department. June 10, 1904.) Action by Lucie E. Everdell against Elizabeth Hill and another. J. L. Bennett, for appellant. J. F. Miller, for respondents.

PER CURIAM. Judgment affirmed, with costs.

O'BRIEN, J., dissents.